IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN SMITH, as Guardian for<br>WILLIAM COLE COOPER, a Minor,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UST, INC., a foreign corporation; U.S.<br>SMOKELESS TOBACCO COMPANY,<br>a foreign corporation; and U.S.<br>SMOKELESS TOBACCO BRANDS,<br>INC., a foreign corporation,<br><br>　　　　　　　Defendants. | Case No. CV-04-170-E-BLW<br><br>**ORDER GRANTING JOINT<br>MOTION TO SEAL** |

Based upon the parties' Joint Motion to Seal (Docket No. 65), and good cause appearing,

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Joint Motion to Seal is GRANTED.  The Clerk is directed to receive and file the pleadings and documents so designated UNDER SEAL.

DATED: **April 12, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court